**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. __** |
| | : | |
| **v.** | : | **Violation:** |
| | : | |
| | : | **18 U.S.C. § 1711** |
| **CAROLE JOHNSON-BROWN,** | : | **(Misappropriation of Postal Funds)** |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that at all times material to this Information:

1. CAROLE JOHNSON-BROWN was employed as a Consumer Relations Specialist at the Office of the Consumer Advocate in United States Postal Service ("USPS") Headquarters, 475 L'Enfant Plaza, Southwest, Washington, D.C.

2. Customers of the USPS may insure packages sent through the United States mail against damage or loss. Should an insured package become damaged or lost, the customer may file an indemnity claim on line through the Customer Inquiry and Claims Response System ("CICRS"). The initial decision whether to uphold a claim in full or in part or to deny a claim in full is made by USPS Accounting Services in St. Louis, Missouri. A customer may appeal a decision by USPS Accounting Services on line within 30 days from the date of the original decision. If USPS Accounting Services sustains the denial of a claim, the customer may submit an additional appeal on line within 30 days. A final decision is made by adjudicators at USPS Headquarters, Office of the Consumer Advocate, 475 L'Enfant Plaza, Southwest, Washington, D.C.

3. CAROLE JOHNSON-BROWN's duties and responsibilities as a Consumer Relations Specialist at the Office of the Consumer Advocate in United States Postal Service ("USPS") Headquarters included reviewing and processing final appeals before decisions were

made by adjudicators. Due to the heavy workload, on occasion she also had authority to approve or deny appeals herself. Given her job responsibilities, she had access to CICRS.

4. Between on or about November 1, 2016, and on or about January 9, 2017, CAROLE JOHNSON-BROWN, being a Postal Service employee, converted to her own use money under her control under color of her office, employment, or service, in violation of Title 18, United States Code, Section 1711.

5. Between on or about November 1, 2016, and on or about January 9, 2017, CAROLE JOHNSON-BROWN used her access to CICRS to alter 33 previously denied indemnity appeals. For each of the claims, CAROLE JOHNSON-BROWN changed the denial to an approval, changed the identity of the claimant to herself or a family member, and provided her address or the address of a family member as the location for the mailing of the indemnity check. As a result of CAROLE JOHNSON-BROWN's actions to alter these claims, checks automatically issued from USPS Accounting Services to the claimants specified by CAROLE JOHNSON-BROWN. After the checks issued, CAROLE JOHNSON-BROWN re-accessed CICRS and restored the altered claims to their original form. Checks were cashed or deposited by CAROLE JOHNSON-BROWN or a family member specified by her with respect to sixteen of the altered claims, resulting in a total loss to the USPS of $30,061.24. Neither CAROLE JOHNSON-BROWN nor

any of her family members were entitled to the proceeds they received.

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: [signature]
EMILY A. MILLER
D.C. Bar No. 462077
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-6988